UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETH SEELY, individually and on behalf on her son, D.S.,<br><br>                    Plaintiff,<br><br>   v.<br><br>SPOKANE PUBLIC SCHOOLS,<br><br>                    Defendant. | NO:  CV-11-282-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Motion for Voluntary Dismissal with Prejudice, ECF No. 28.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal with Prejudice, **ECF No. 28**, is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.  This case **remains closed**.

**DATED** this 16th day of May 2012.

                         *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
           Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2